# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Bradley Moss
Pro Se
223 Stagecoach Lane
Sulphur LA 70663

## REHEARING ACTION: July 8, 2009

**Docket Number: 08   01291-KA**

**STATE OF LOUISIANA
VERSUS
BRADLEY MOSS**

**Appealed from Calcasieu Parish Case No. 13564-06**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bradley Moss** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Appellee
    Carla Sue Sigler, Counsel for the Appellee